UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRIREME ENERGY DEVELOPMENT, LLC et al.,<br><br>Plaintiffs,<br><br>-against-<br><br>RWE RENEWABLES AMERICAS, LLC et al.,<br><br>Defendants. | 22-cv-07439 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

On October 25, 2022, the Court converted the November 16, 2022 conference to a video conference and directed the parties to comply with Rule 2B of its Individuals Rules which require the parties to submit contact information to receive access information for the conference. ECF No. 30. IT IS HEREBY ORDERED that forthwith counsel for all parties shall file a joint letter on ECF containing a list of the names, telephone numbers, and email addresses of counsel who may speak during the conference.

The public listen-only line may be accessed by dialing the toll-free number 877-336-1831 with access code 5583342.

Dated: November 14, 2022
New York, New York

SO ORDERED.

JENNIFER L. ROCHON
United States District Judge