UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRIREME ENERGY DEVELOPMENT, LLC et al.,<br><br>                    Plaintiffs,<br><br>          -against-<br><br>RWE RENEWABLES AMERICAS, LLC et al.,<br><br>                    Defendants. | 22-cv-07439 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

    For the reasons stated on the record during the November 16, 2022 Conference:

The motion to stay discovery pending a determination on Defendants' motion to dismiss is

GRANTED.  (ECF No. 34).

Dated: November 16, 2022
       New York, New York

                              SO ORDERED.

                              *Jennifer Rochon*
                              JENNIFER L. ROCHON
                              United States District Judge