September 22, 2023

**Via CM/ECF**

The Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

*Trireme Energy Holdings, Inc. et al. v. Innogy Renewables US LLC et al.*,
1:20-cv-05015-JLR-BCM [rel. 1:22-cv-07439-JLR]

Dear Judge Rochon:

The parties to the above-captioned matter write jointly to advise the Court that they are available to appear in-person for the final pre-trial conference scheduled for November 7, 2023 at 4:00 PM. The parties thus respectfully request that the Court convert the final pre-trial conference, which is now scheduled to occur via video (*see* ECF No. 211), to an in-person conference.

Respectfully,

| | |
|---|---|
| WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br><br>By: /s/ *Eli B. Richlin*<br><br>Eli B. Richlin<br>Sara N. Bricker<br>1301 Avenue of the Americas, 40th Floor<br>New York, New York 10019<br>Telephone: (212) 999-5800<br>Facsimile: (866) 974-7329<br>Email: erichlin@wsgr.com<br>Email: sbricker@wsgr.com<br><br>PAUL HASTINGS LLP<br>Susan K. Leader<br>1999 Avenue of the Stars, 27th Floor<br>Los Angeles, California 90067<br>Telephone: (310) 620-5700<br>Facsimile: (310) 620-2841<br>Email: susanleader@paulhastings.com | JFB LEGAL, PLLC<br><br>By: /s/ *John F. Baughman*<br><br>John F. Baughman<br>George W. Kroup<br>Nathaniel E. Marmon<br>299 Broadway – Suite 1816<br>New York, NY 10007<br>(212) 548-3212<br><br>*Attorneys for Plaintiffs Trireme Energy Holdings, Inc. and Trireme Energy Development, LLC*<br><br>The request is GRANTED.<br><br>Dated: September 22, 2023<br>       New York, New York<br><br>SO ORDERED.<br><br>*Jennifer Rochon*<br>**JENNIFER L. ROCHON**<br>**United States District Judge** |

PAUL HASTINGS LLP
Paul C. Gross
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
Email: paulgross@paulhastings.com

*Counsel for Defendants Innogy Renewables US LLC and Innogy SE*


cc: All Counsel of Record (via CM/ ECF)