

> The request is GRANTED. The status conference on July 10, 2024 is adjourned. The parties shall file a post-discovery joint status letter on July 31, 2024. The Court will reschedule a conference if needed.
>
> Dated: July 9, 2024    **SO ORDERED.**
>           New York, New York
>
> **JENNIFER L. ROCHON**
> **United States District Judge**

July 8, 2024

**VIA CM/ECF**

The Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Trireme Energy Holdings, Inc. v. RWE Renewables Americas, LLC*, 1:22-cv-07439-JLR [rel. 1:20-cv-5015-JLR-BCM]

Dear Judge Rochon:

We represent the Defendants in the above-captioned matter. We write to request that the Court adjourn the status conference currently on calendar for Wednesday, July 10, 2024. We have conferred with counsel for the Plaintiffs, who have advised that Plaintiffs **consent** to this request.

The current date for the status conference is July 10, 2024. *See* ECF No. 131 at 2. The reason for the requested adjournment is that in an arbitration where the undersigned is also lead counsel, the arbitrator recently ordered a trial deposition to occur on July 10, 2024. That arbitration is scheduled for July 17-23, 2024. Given this conflict on July 10 and the upcoming arbitration, we request that the Court adjourn the status conference until after the conclusion of discovery on July 26, 2024. The parties are mutually available on Wednesday, July 31, 2024. Accordingly, Defendants propose adjourning the virtual status conference until Wednesday, July 31, 2024.

This is Defendants' first request to adjourn the status conference. A case management conference has been held, and the requested continuance would not affect any other scheduled deadlines in this action.

We thank the Court for its attention to this request.

Respectfully submitted,

PAUL HASTINGS LLP

*/s/ Susan K. Leader*
Susan K. Leader

cc:   All Counsel of Record (via CM/ECF)