**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
TRIREME ENERGY HOLDINGS, INC., et al.,

                      Plaintiffs,

    -against-                              22 **CIVIL** 7439 (JLR)

                                                 <u>**JUDGMENT**</u>

RWE RENEWABLES AMERICAS, LLC, et al.,

                      Defendants.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated November 19, 2024, the Court concludes that Plaintiffs' breach of contract claim is barred by res judicata. The Court holds in the alternative that Plaintiffs have failed to prove that IRUS breached Section 7.6(c) of the Merger Agreement. Therefore, judgment is entered in favor of Defendants on Plaintiffs' breach of contract claim and the case is closed.

**Dated:**  New York, New York

      November 20, 2024

                                          **DANIEL ORTIZ**
                                    **Acting Clerk of Court**

                      **BY:**       _____

                                       **Deputy Clerk**