**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TRIREME ENERGY HOLDINGS, INC. et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> RWE RENEWABLES AMERICAS, LLC et al., <br><br> *Defendants*. | Case No. 1:22-cv-07439-JLR <br><br><br> **ORAL ARGUMENT REQUESTED** |

### NOTICE OF MOTION FOR SANCTIONS PURSUANT TO RULE 11

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law (the "Memorandum") and the Declaration of Eli B. Richlin dated January 6, 2025, and the Exhibits thereto, Defendants RWE Renewables Americas, LLC and RWE Renewables Services, LLC ("RWE" or "Defendants") will and hereby do move this Court before the Honorable Jennifer L. Rochon, United States District Judge, at such time and place as the Court designates, for an Order imposing sanctions on Plaintiffs Trireme Energy Holdings, Inc. and Trireme Energy Development, LLC (together, "Trireme") pursuant to Rule 11 of the Federal Rules of Civil Procedure, as described further in the Memorandum.

Dated: January 6, 2025

Respectfully submitted,

*/s/ Susan K. Leader*
Susan K. Leader
PAUL HASTINGS LLP
1999 Avenue of the Stars, 27th Floor
Los Angeles, California 90067
Telephone: (310) 620-5700
Facsimile: (310) 620-2841
Email: susanleader@paulhastings.com

Paul C. Gross
Sara N. Bricker
PAUL HASTINGS LLP
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
Email: paulgross@paulhastings.com
Email: sarabricker@paulhastings.com

Eli B. Richlin
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800
Facsimile: (866) 974-7329
Email: erichlin@wsgr.com

*Counsel for Defendants RWE Renewables Americas, LLC and RWE Renewables Services, LLC.*